**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

"IN ADMIRALTY"

CROWLEY PUERTO RICO
SERVICES, INC.,

    Plaintiff,

v.                                                  Case No. 3:14-cv-422-J-32JBT

CERVEZAS DEL SUR, INC.,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff Crowley Puerto Rico Services, Inc.'s ("Crowley") Motion for Final Default Judgment against Defendant Cervezas Del Sur, Inc. (Doc. 9). On October 22, 2014, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 12) recommending that the motion be granted, that default judgment be entered in Crowley's favor, and that Crowley be awarded its attorney's fees and costs.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); M.D. Fla. R. 6.02(a). Upon de novo review of the file, the Court agrees with the Report and Recommendation. Accordingly, it is hereby

    **ORDERED:**

    1.    The Motion for Final Default Judgment against Defendant Cervezas Del Sur, Inc. (Doc. 9) is **GRANTED**.

2.	The Report and Recommendation of the Magistrate Judge (Doc. 12) is **ADOPTED** as the opinion of the Court.

3.	Judgment is to be entered in favor of Plaintiff Crowley Puerto Rico Services, Inc. and against Defendant Cervezas Del Sur, Inc. in the following amounts: $19,626.00 in damages,[1] $670.00 in costs; and $1,650.00 in attorney's fees.

4.	Consistent with paragraph 3, the Clerk of Court should enter judgment in favor of Plaintiff Crowley Puerto Rico Services, Inc. and against Defendant Cervezas Del Sur, Inc. in the amount of $21,946.00, plus post-judgment interest accruing from this date at the legal rate established by 28 U.S.C. § 1961.

5.	The Clerk of Court is further directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of November, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

---

[1] Crowley seeks only $19,626.00 in damages (Doc. 1 at 3; Doc. 9 at 3), though the invoices attached to the complaint and to the motion for default judgment actually total $20,535.00 (Doc. 1-2 at 2-6; Doc. 9-2 at 2-6).

bjb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

Cervezas Del Sur, Inc.
c/o Jaime Aponte
#268 Ponce de Leon Ave.
San Juan, Puerto Rico 00918